**Order entered January 30, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01278-CV

## DENNIS JAMES POLEDORE, JR., Appellant

## V.

## CHERI YOLANDA DANIEL, Appellee

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-10565**

## ORDER

Appellant's brief on the merits is currently due February 15, 2019. Before the Court is appellant's January 29, 2019 motion for an extension of time to file a brief. In the motion, appellant complains that pages 171 through 347 of the paper copy of the clerk's record he received are "not legible enough where all the contents can be read clearly to adequately prepare a reasonable Appellant's brief." He also asserts that he has not received a paper copy of the supplemental clerk's record he requested.

We **GRANT** the motion as follows. We **DIRECT** the Clerk of this Court to resend pages 171 through 347 of the clerk's record to appellant and **ORDER** appellant to file his brief on the merits by **March 18, 2019**. We note that a few of the pages of which appellant complains are a little more difficult to read and that the copies being sent are representative of the clerk's

record before the Court.  We further note that on January 9, 2019, the Clerk of this Court mailed

a paper copy of the supplemental clerk's record appellant requested.

/s/    KEN MOLBERG
JUSTICE